UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD TAYLOR,

          Plaintiff,

  v.

JO ANNE BARNHART, Commissioner of Social Security,

          Defendant.

Case No. C04-5898FDB

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE

The Court, having reviewed plaintiff's motion to dismiss his complaint, the Report and Recommendation of Judge J. Kelley Arnold, United States Magistrate Judge, and the remaining record, does hereby find and ORDER.

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiff's motion is GRANTED and the causes of action are DISMISSED without prejudice.

(3)     The Clerk is directed to send copies of this Order to plaintiff and to the Hon. J. Kelley Arnold.

DATED this 31st day of August 2005.

                        FRANKLIN D. BURGESS
                        UNITED STATES DISTRICT JUDGE